UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-80468-ROSENBERG/REINHART

DAVID RAMNARINE,

       Plaintiff,

v.

ECHERD HOSPITALITY, INC.,

       Defendant.

_____/

**VERIFIED CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT**

      The undersigned counsel for the Plaintiff conducted a search of case filings in the records of the Clerk of the United States District Courts for the Southern and Middle Districts of Florida via the Courts' CM/ECF computerized court docketing systems prior to filing suit in this action in order to ascertain whether the Defendant or the Defendant's property has ever been sued prior to the filing of this suit for any alleged violations of the ADA.

      The undersigned concluded that neither the defendant nor the property at issue was the subject of a prior ADA Title III lawsuit.

      Dated: May 1, 2019.

                                                s/Lee D. Sarkin
                                                DREW LEVITT, ESQ.
                                                DML2@bellsouth.net
                                                Florida Bar No: 782246
                                                LEE D. SARKIN, ESQ.
                                                Lsarkin@aol.com
                                                Florida Bar No. 962848
                                                Attorneys for Plaintiff
                                                4700 N.W. Boca Raton Blvd.
                                                Suite 302
                                                Boca Raton, Florida 33431
                                                Telephone (561) 994-6922
                                                Facsimile  (561) 994-0837
                                                Attorneys for Plaintiff