UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-80468-ROSENBERG/REINHART

DAVID RAMNARINE,

        Plaintiff,

v.

ECHERD HOSPITALITY, INC.,

        Defendant.

_____/

### NOTICE OF DESIGNATED MEDIATOR AND TIME, DATE AND PLACE FOR MEDIATION

    Plaintiff, David Ramnarine, by and through his undersigned counsel, pursuant to the Court's Order Setting Status Conference, Calendar Call, Pretrial Deadlines, And Trial Date, Order of Requirements, Order of Reference to Magistrate Judge, and Order of Reference To Mediation (DE 5), hereby advises the court that the parties have selected the following mediator: Joshua M. Entin, Esq. and the parties will mediate with him at his office at 633 S. Andrews Avenue, Suite 500, Fort Lauderdale, Florida 33301 at 1:00 p.m. on June 18, 2019.

                              s/Lee D. Sarkin
                              DREW M. LEVITT, ESQ.
                              Florida Bar No: 782246
                              E-mail: dml2@bellsouth.net
                              LEE D. SARKIN, ESQ.
                              Florida Bar No. 962848
                              E-mail: lsarkin@aol.com
                              4700 N.W. Boca Raton Boulevard
                              Suite 302
                              Boca Raton, Florida 33431
                              Telephone (561) 994-6922
                              Facsimile  (561) 994-0837

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

                    s/Lee D. Sarkin
                    LEE D. SARKIN, ESQ.

Joseph C. Wood, Esq.
Florida Bar No. 0093839
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
office@wamalaw.com
wood@wamalaw.com
Telephone: (321)953-5998
Facsimile: (321) 953-6075
Attorneys For Defendant
Via CM/ECF